UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KATHLEEN BOGER,**
        Plaintiff,

    vs.                      **CASE NUMBER: 5:17-cv-289 MAD/TWD**

**NEW YORK STATE OFFICE OF
PARKS, RECREATION & HISTORIC
PRESERVATION; JOANNE D. MITCHELL;
LAURA TULLY; and JOE MORISETTE,**
        Defendants.

_____

**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on November 22, 2019, the Jury finds in favor of the defendants NYS Office of Parks, Recreation & Historic Preservation, Joanne D. Mitchell, Laura Tully, and Joe Morisette. Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of defendants NYS Office of Parks, Recreation & Historic Preservation, Mitchell, Tully, and Morisette.

DATED: November 22, 2019

*[Signature]*
Clerk of Court

                                                      S/Britney Norton
                                                      Britney Norton
                                                      Deputy Clerk